UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN FIELDS, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 4:04CV1584 JCH ) |
| CHUCK DWYER, | ) ) |
| Respondent. | ) ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody is **DENIED**, and his claims are **DISMISSED** with prejudice.

Dated this 10th day of March, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE